US MAGISTRATE JUDGE CHERYL L. POLLAK          DATE: 5/10/11

                                              TIME SPENT:_____

DOCKET NO. __10 CV 4339_____

CASE: __Smith v City_____

✓ INITIAL CONFERENCE          ____ OTHER/STATUS CONFERENCE
____ DISCOVERY CONFERENCE      ____ FINAL/PRETRIAL CONFERENCE
____ SETTLEMENT CONFERENCE     ____ TELEPHONE CONFERENCE
____ MOTION HEARING            ____ ORAL ARGUMENT

**MANDATORY DISCLOSURE :**

_____ COMPLETED          _____ DATE TO BE COMPLETED BY

FOR PLAINTIFF:  _____

               _____

FOR DEFENDANT: _____

               _____

_____ DISCOVERY TO BE COMPLETED BY_____

_____ NEXT CONFERENCE SCHEDULED FOR_____

_____ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY:_____        DEF. TO SERVE PL. BY:_____

RULINGS:

CCRB investigation pending; officer's time to answer is extended
City to process medical releases
Parties to exchange mandatory disclosures by June 10
Doc requests and interrogs to be exchanged by June 24
Responses July 29
Conference 9/9 at 1000