

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

Vicki B. Zgodny
*Assistant Corporation Counsel*
Phone: (212) 788-8084
Fax: (212) 788-9776
vzgodny@law.nyc.gov

December 14, 2011

**BY ECF**
Honorable Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  Desren Smith v. City of New York, et al., 10-CV-04339 (JG)(CLP)

Your Honor:

I am an Assistant Corporation Counsel in the Office of Michael A. Cardozo, Corporation Counsel of the City of New York, assigned to the defense in the above-referenced action. I respectfully write, on behalf of all parties, to advise the Court that the above-referenced action settled. The Stipulation and Order of Settlement and Discontinuance will be submitted to the Court as soon as it is executed. The parties respectfully submit that the telephonic Status Conference currently scheduled for December 15, 2011 at 11:00 a.m. is now moot and respectfully request that it be cancelled.

We thank the Court for its assistance throughout this litigation.

Respectfully submitted,

/s/

Vicki B. Zgodny
Assistant Corporation Counsel
Special Federal Litigation Division

cc: Christopher Wright, Esq., (VIA ECF)
*Attorney for Plaintiff*